UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80013-RLR (Rosenberg/Hopkins)

FRANCIS MARTINEZ,

    Plaintiff,

v.

WESTPORT DELRAY BEACH
SELF STORAGE, LLC, d/b/a
US STORAGE CENTERS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, WESTPORT DELRAY BEACH SELF STORAGE, LLC d/b/a US STORAGE CENTERS ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

                                BY: /s/ Jason S. Weiss
                                        Jason S. Weiss
                                        Jason@jswlawyer.com
                                        Florida Bar No. 356890
                                        WEISS LAW GROUP, P.A.
                                        5531 N. University Drive, Suite 103
                                        Coral Springs, FL 33067
                                        Tel: (954) 573-2800
                                        Fax: (954) 573-2798
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890