UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80013-ROSENBERG/HOPKINS

FRANCIS MARTINEZ,

    Plaintiff,

v.

WESTPORT DELRAY BEACH SELF
STORAGE, LLC d/b/a US STORAGE CENTERS,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE**
**AND DISMISSING ACTION WITH PREJUDICE**

**THIS CAUSE** is before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejuduce [DE 14]. The Court has carefully considered the Joint Motion, and the parties' Consent Decree attached thereto, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejuduce [DE 14] is **GRANTED**.

2. The Court hereby **APPROVES** the parties' Consent Decree.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the Consent Decree.

5. Each party shall bear its own attorney's fees and costs except as detailed in the parties' Consent Decree.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this <u>6th</u> day of March, 2017.

                                                               */s/ Robin L. Rosenberg*

Copies furnished to:                    ROBIN L. ROSENBERG
Counsel of Record                    UNITED STATES DISTRICT JUDGE